UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NOT FOR PUBLICATION

| | |
|---|---|
| DOROTHY SCHREINER, | |
| Plaintiff, | |
| v. | Civ. Action No. 04-6208 (KSH) |
| NORDSTROM, INC., | |
| Defendant. | **ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

**THIS MATTER** having come before the Court on defendant's motion for summary judgment; the Court having considered the written submissions by the parties, and for the reasons more fully set forth in the **opinion** filed herewith,

**It is** on this 4th day of December, 2006, hereby

**ORDERED** that defendant's motion for summary judgment, appearing on the docket as entry # 21, is **denied**.

/s/ Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.