# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Dorothy Schreiner | : | **SCHEDULING ORDER** |
| Plaintiff, | : | Civil #04-6208   (KSH) |
| v. | : | |
| Nordstrom Inc. | : | |
| Defendants. | : | |

This matter having come before the Court by way of a settlement conference on November 16, 2007 at which time counsel were advised of the Court's availability for trial.  The Court sets forth the following trial schedule:

Pretrial conference will be held on December 6, 2007 at 11:30 a.m.

Trial with jury will commence on December 12, 2007 at 9:00 a.m.

SO ORDERED.

Date: November 26, 2007                    /s/ Katharine S. Hayden
                                            Katharine S. Hayden, U.S.D.J.